FRANK FRANC ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF BETHEL

The plaintiffs' petition for certification for appeal from the Appellate Court, 47 Conn. App. 939 (AC 16473), is denied.

*Nancy Burton,* in support of the petition.

*Daniel W. O'Grady* and *Peter S. Olson,* in opposition.

Decided April 8, 1998

STATE OF CONNECTICUT *v.* ERIC EDGE

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 743 (AC 16569), is denied.

*Jeremiah Donovan,* in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided April 8, 1998

ROSEMARY KISH *v.* NURSING AND HOME CARE, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 47 Conn. App. 620 (AC 16615), is granted, limited to the following issue: